FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 APR 28 AM 10: 59

CLERK
U.S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff-Appellee,      )
                                   )
vs.                                )      Case No. 4:14CR-0345
                                   )
JEROME ANTWAN COOPER,              )
                                   )
          Defendant-Appellant.     )

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this _27ᵗʰ_ day of _APRIL_____, 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA