IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR414-345
)
JEROME ANTWAN COOPER, )
)
Defendant. )
)

O R D E R

Before the Court is Defendant Jerome Antwan Cooper's Motion to Request Additional Pages for 2255. (Doc. 101.) In this motion, Defendant seeks permission to file in the future a 28 U.S.C. § 2255 habeas petition in excess of this Court's page limits. (Id. at 1.) In addition, Defendant requests "an application, and a list of the court rules in order to successfully file his 2255." (Id.)

Any request to file a § 2255 petition in excess of the page limitations should be made at the time that petition is filed. The Court does note, however, that the page limitations applicable to civil cases are rarely enforced with respect to habeas petitions. Because Defendant has no habeas petition currently pending, his motion is **DISMISSED AS MOOT**. With respect to his request for information, the Clerk of Court is **DIRECTED** to forward Defendant the

standard material provided to litigants seeking to file § 2255 habeas petitions.

SO ORDERED this 12th day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA